IN THE MATTER OF PATROLMEN'S BENEVOLENT
ASSOCIATION, LOCAL 134 v. BERGEN COUNTY
BOARD OF CHOSEN FREEHOLDERS.

May 24, 1988.

Petition for certification denied.

INTELLECTICS SMB CORPORATION v. JOHN H. CROW.

May 24, 1988.

Petition for certification denied.

ELAINE BUDD v. GEORGE BRANIGAN, JR., M.D. AND
AUGUST B. JULIANO, M.D.

May 24, 1988.

Petition for certification denied.

ELAINE BUDD v. GEORGE BRANIGAN, JR., M.D.
AND VALLEY HOSPITAL.

May 24, 1988.

Petition for certification denied.